MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. EDELMAN (CABN 285177)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    FAX: (415) 436-7234
    william.edelman@usdoj.gov

Attorneys for United States of America

SOOLEAN CHOY
Law Clerk

FILED
JUL 23 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 15-351 MEJ |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING |
| v. | ) GOVERMMENT'S MOTION TO |
| JESSE FRANKLIN SWARTZ, JR., | ) SUPPLEMENT THE RECORD |
| a\k\a\ Franklin Wright, | ) |
| Defendant. | ) |

    In response to Defendant's unanticipated absence from the courtroom during trial, the government has moved to supplement the record with the Declaration of Soolean Choy. (*See* ECF

//
//
//
//

1
[PROPOSED] ORDER GRANTING MOT. TO SUPP. RECORD
CR 15-351 MEJ

No. 9.)  Good cause appearing therefor, the government's motion is hereby GRANTED, and the record is deemed augmented with the Declaration of Soolean Choy (ECF No. 9-1).

**SO ORDERED.**

DATED: 7-23-15

MARIA-ELENA JAMES
United States Magistrate Judge