MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. EDELMAN (CABN 285177)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    william.edelman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15-351 MEJ |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] STAY-AWAY ORDER** |
| v. | ) | |
| JESSE FRANKLIN SWARTZ, JR., | ) | |
|    a\k\a\ Franklin Wright, | ) | |
| Defendant. | ) | |

Pursuant to the sentence and judgment imposed in the above-captioned matter on August 20, 2015 (ECF No. 20), the Court ORDERS that during the one-year term of Defendant Jesse Franklin Swartz, Jr.'s probation, Defendant is PROHIBITED from having any contact with Julie Horst, directly or indirectly, in person, in writing, by telephone, by email, by fax, or through third persons.

**IT IS SO ORDERED.**

Dated: August 24, 2015

                                             MARIA-ELENA JAMES
                                             United States Magistrate Judge