# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JESSE FRANKLIN SWARTZ,<br><br>   Defendant. | Case No. 15-cr-00351-MEJ-1<br><br>**ORDER GRANTING IN PART MOTION TO ADJUST SENTENCE; ORDER GRANTING STAY**<br><br>Re: Dkt. No. 25 |

Before the Court is Defendant Jesse F. Swartz, Jr.'s Motion to Adjust Sentence and Motion for Stay. Dkt. No. 25. Having reviewed the motion, the Court **ORDERS** as follows:

1) Defendant's request to adjust the payment deadline is **GRANTED**. Instead of one lump payment of $505.00, Defendant may choose to make minimum monthly payments of $50.00, until the fine is paid in full.

2) Defendant's request to include an option to serve jail time is **DENIED**.

3) Defendant's request to define "community service" is **DENIED**. Defendant is referred to the Probation Department for all matters related to appropriate community service in lieu of paying the fine.

4) Defendant's request to stay the sentence pending appeal to the District Court is **GRANTED**.

**IT IS SO ORDERED.**

Dated: August 26, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>           Plaintiff,<br>    v.<br>SWARTZ,<br>           Defendant. | Case No. 15-cr-00351-MEJ-1<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Jesse Franklin Swartz, Jr.**
1001 Polk Street
San Francisco, CA 94109

Dated: August 26, 2015

Richard W. Wieking
Clerk, United States District Court

By: _____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES